UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID-PAUL LEE,

    Plaintiff,

 v.

STATE OF WASHINGTON, MASON COUNTY PROSECUTOR, VICTORIA MEADOWS, TIMOTHY GORZINSKI, JOHN DOES,

    Defendant.

CASE NO. 3:18-CV-05070-RBL-DWC

REPORT AND RECOMMENDATION

Noting Date: May 4, 2018

  The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff David-Paul Lee, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on January 26, 2018. *See* Dkt. 1.[1] On March 6, 2018, the Court screened Plaintiff's Complaint and found it was deficient. Dkt. 6. The Court ordered Plaintiff to correct the deficiencies by April 5, 2018. *Id.* The Court warned that failure to file an

---

[1] Plaintiff also filed a Motion for Leave to Proceed *In Forma Pauperis*. Dkt. 1, 4. However, the Court found it improbable Plaintiff would be able to cure the deficiencies of his Complaint and therefore stated it would not rule on the request to proceed *in forma pauperis* until Plaintiff filed an amended complaint. As Plaintiff has not filed an amended complaint, the Court recommends the Motion for Leave to Proceed *In Forma Pauperis* be denied.

REPORT AND RECOMMENDATION - 1

1   amended complaint or adequately address the issues identified in the Order would result in the
2   Court recommending dismissal of this action pursuant to 28 U.S.C. § 1915. *Id*.
3       Plaintiff has failed to comply with the Court's Order. He has not filed a response to the
4   Order or filed an amended complaint. As Plaintiff has failed to respond to the Court's Order and
5   prosecute this case, the Court recommends this case be dismissed without prejudice. The Court
6   also recommends that the Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 4) be denied as
7   moot.
8       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
9   Procedure, the parties shall have fourteen (14) days from service of this Report to file written
10  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
11  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
12  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on May 4,
13  2018, as noted in the caption.
14      Dated this 18th day of April, 2018.

David W. Christel
United States Magistrate Judge