UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID-PAUL LEE,

                        Plaintiff,

        v.

STATE OF WASHINGTON, MASON
COUNTY PROSECUTOR, VICTORIA
MEADOWS, TIMOTHY GORZINSKI,
JOHN DOES,

                        Defendants.

No. 3:18-CV-05070-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

        The Court, having reviewed the Report and Recommendation of Magistrate Judge David

W. Christel, objections to the Report and Recommendation, if any, and the remaining record,

does hereby find and ORDER:

        (1)     The Court adopts the Report and Recommendation.

        (2)     Plaintiff's case is dismissed without prejudice.

        (3)     Plaintiff's Motion for Enlargement of Time [8] is denied.

        (4)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for
                Defendants, and to the Hon. David W. Christel.

        **DATED** this 8th day of May, 2018.



                                                _____
                                                Ronald B. Leighton
                                                United States District Judge


ORDER ADOPTING REPORT AND RECOMMENDATION- 1